# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JACKIE C. ROWE, MARY ROWE, KENNY J. WERDEHAUSEN, and ANITA WERDEHAUSEN<br><br>Plaintiffs,<br><br>vs.<br><br>BENICORP INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:04-cv-00022 SNL |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment against Kenny and Anita Werdehausen (#64), is **GRANTED,** and that Defendant's Motion for Summary Judgement against Jackie and Mary Rowe (#67), is **DENIED**, as per this Court's Memoranda, issued concurrently with this Order.

Dated this 1st day of February, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE